IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS ex rel., KENYA SIBLEY, <br><br> Plaintiffs-Relator, <br><br> v. <br><br> A PLUS PHYSICIANS BILLING SERVICE, INC., HANDRUP and ASSOCIATES, and ERIC SCHOEWE, LAURIE GENTILE, and THEODORE HANDRUP individually, <br><br> Defendants. | No. 13 C 7733 <br><br> Judge Jorge L. Alonso <br> Magistrate Judge Maria Valdez |

## DEFENDANT ERIC SCHOEWE'S MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO RULES 12(b)(6) AND 9(b)

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendant Eric Schoewe ("Schoewe") respectfully moves the Court for dismissal of all claims against him in Plaintiff-Relator Kenya Sibley's ("Relator") Third Amended Complaint. Schoewe files concurrently herewith his supporting Memorandum of Law fully setting forth the arguments and authorities in support of his Motion to Dismiss.

WHEREFORE, Schoewe respectfully requests that the Court enter an Order (a) granting his Motion to Dismiss; (b) dismissing Relator's claims against him in their entirety and with prejudice; (c) awarding Schoewe his costs of suit; and (d) granting such other relief as the Court deems just and proper.

Dated: October 19, 2015                    Respectfully submitted,

                                           ERIC SCHOEWE

                                           By:   s/ Joshua A. Dunn
                                                 One of His Attorneys

James V. Garvey, Bar No. 06224992
Joshua A. Dunn, Bar No. 6299697
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 (312) 609 7500